**WB WINNE BANTA BASRALIAN & KAHN, P.C.**
Counsellors at Law

COURT PLAZA SOUTH – EAST WING
21 MAIN STREET, SUITE 101
P.O. BOX 647
HACKENSACK, NEW JERSEY 07601-0647

TELEPHONE (201) 487-3800
FACSIMILE (201) 487-8529

HOBOKEN OFFICE
1422 GRAND STREET
UNIT 4A
HOBOKEN, NEW JERSEY 07030

NEW YORK OFFICE
488 MADISON AVENUE
17th FLOOR - SUITE 1700
NEW YORK, NEW YORK 10022
(212) 324-0169

FLORIDA OFFICE
2255 GLADES ROAD
SUITE 324 ATRIUM
BOCA RATON, FLORIDA 33431

www.winnebanta.com

JOSEPH L. BASRALIAN  +
ROBERT M. JACOBS
GARY S. REDISH  +
RICHARD R. KAHN  +
KENNETH K. LEHN  ƒ
ROBERT J. KLEEBLATT
STANLEY TURITZ
ARTHUR I. GOLDBERG  +
RONALD M. ABRAMSON
MARTIN J. DEVER, JR.  + *
PETER J. BAKARICH, JR. +
THOMAS J. CANGIALOSI, JR.  +
CAROLYN GERACI FROME
BRUCE R. ROSENBERG
RICHARD D. WOLLOCH  +
MICHAEL G. STINGONE  ρ
DENNIS G. HARRAKA  ƒ x
JEFFREY L. LOVE  +
IAN S. KLEEBLATT
MICHAEL J. COHEN  +  ƒ
JASON P. CAPIZZI +  ɗ

ROBERT A. HETHERINGTON III (RET)
WALTER G. WINNE (1889-1972)
HORACE F. BANTA (1895-1985)
BRUCE F. BANTA (1932-1983)
PETER G. BANTA (1935-2016)
MATTHEW COHEN  (1943-2018)

CHRISTINE R. SMITH
R.N. TENDAI RICHARDS
MARLA WOLFE TAUS  +
DORIS BRANDSTATTER
THOMAS R. McCONNELL
FAITH E. MIROS + *
MATTHEW C. MILLS  + ■
BOGDAN A. KACHUR  +

MARK E. LICHTBLAU  +
JARED L. GURFEIN +
ROMAN VACCARI  ρ +
ARIELLE GREENBAUM SAPOSH  +
ALICE B. NEWMAN  + ■
FRANK J. FRANZINO, JR.  +
COUNSEL TO THE FIRM

ƒ  CERTIFIED BY THE SUPREME COURT
OF NEW JERSEY AS A CIVIL TRIAL
ATTORNEY
+  MEMBER NEW YORK BAR ALSO
*  MEMBER CONNECTICUT BAR ALSO
ρ  MEMBER PENNSYLVANIA BAR ALSO
■  MEMBER FLORIDA BAR ALSO
ɗ  MEMBER WASHINGTON, D.C. BAR
x  R. 1:40 QUALIFIED MEDIATOR

Email address:   mcohen@winnebanta.com
Direct Dial:          201-562-1088

<u>VIA ECF</u>
August 16, 2019

Hon. Anne Y. Shields, U.S.M.J.
United States District Court, E.D.N.Y.
100 Federal Plaza, P.O. Box 830
Central Islip, New York 11722

    Re: Unique Importer and Distributer v. Sterling Seafood Corp., et al.
       Civil Case No. 19-cv-3883

Dear Judge Shields:

  We have been engaged to represent defendant Sterling Seafood Corp. ("Sterling") in the above-referenced matter. Pursuant to Your Honor's Individual Practice Rules we write to request a 30 day extension to file an answer or otherwise move in this case. Sterling was served on July 30, 2019, such that its answer is presently due on August 20, 2019. Sterling has not made any prior requests for an extension. Plaintiff's counsel has not returned a telephone call and email requesting consent for the extension. However, Sterling does not wish to run afoul of Part III of Your Honor's Individual Practice Rules, which require that this request be made 48 hours prior to the presently scheduled deadline. If granted, defendant Sterling's answer would now be due on September 19, 2019. Should the Court have any questions about this request, please do not hesitate to contact me.

           Respectfully submitted,

           *s/ Michael J. Cohen*
           Michael J. Cohen

MJC/ft
cc:  All counsel of record (Via ECF)