# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT  
FOR THE EASTERN DISTRICT OF NEW YORK

Purchased/Filed: July 16, 2019  
Index # 2:19-cv-03883-JMA-AYS

*Unique Importer & Distributor, Inc.*   Plaintiff

against

*Sterling Seafood Corp., et al.*   Defendant

STATE OF NEW YORK  
COUNTY OF ALBANY    SS.:

_____James Perone_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____July 24, 2019_____, at ___11:45 AM___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Amended Summons in A Civil Action with Complaint and Supporting Exhibits

on _____Zoya USA, Inc._____, the Defendant in this action, by delivering to and leaving with _____Sue Zouky_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served:  Approx. Age: __55-60__   Approx. Wt: __125lbs__   Approx. Ht: __5'1__  
Color of skin __White__   Hair color: __Red/Blonde__   Sex: __Female__   Other:

Sworn to before me on this  
24th day of July 2019

SCOTT SCHUSTER  
NOTARY PUBLIC, STATE OF NEW YORK  
NO. 01SC6308636  
QUALIFIED IN ALBANY COUNTY  
COMMISSION EXPIRES JULY 28, 2022

James Perone  
**Attny's File No.**  
Invoice•Work Order # S1826715

SERVICO. INC., P.O. BOX 871. ALBANY. NY 12201