David W. Berenthal, Esq.
Berenthal & Associates, P.C.
777 Third Avenue
Suite 22-D
New York, New York 10017-1426
Tel: (212) 302-9494
Fax: (212) 354-5625

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNIQUE IMPORTER & DISTRIBUTOR, INC., *Plaintiff*, -v- | Civ. Docket No.: 19-cv-3883(JMA)(AYS) |
| STERLING SEAFOOD CORP., SEAFOOD WHOLESALERS LTD., TRUONG ENTERPRISES, INC., P&P ASIAN FOODS, BENGHAL STORES & HALAL MEAT, GOLDEN OCEAN SEAFOOD INC., TAMPA GROCERY, NATIONAL IMPORTS LLC, G&G FOOD MART, INC., GLOBAL MARKETING ENTERPRISES INC., COLUMBUS FISH AND SEAFOOD LLC., A-1 INDIAN GROCERS, INC., IMAEX TRADING CO., PALLI TRADING INC., ZOYA USA INC., KEA IMPORTED FOODS, SMART CHEF SUPPLY INC., ANN'S INTERNATIONAL GROCERS, CHERIANS INTERNATIONAL FRESH MARKET LLC; KAIRALI FOODS OF GLENVIEW LLC, MGM GEETHA FOODS INC., FOOD GUSTO INC., TT ASIAN GROCERY, INC. *Defendants*. | **NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE, that by this filing, attorney DAVID W. BERENTHAL of BERENTHAL & ASSOCIATES, P.C., hereby appears enters his appearance as counsel in this case for defendant PALLY TRADING INC. We respectfully direct that all notices and other papers in this proceeding that are not served electronically using the PACER system be served upon this office

at:

   Berenthal & Associates, P.C.
   777 Third Avenue
   Suite 22-D
   New York, New York 10017-1426

Dated: New York, New York
   August 23, 2019

           Respectfully submitted,

           _____
           David W. Berenthal, Esq.
           Berenthal & Associates, P.C.
           Attorneys for Defendant Smart Chef Supply Inc.
           777 Third Avenue
           Suite 22-D
           New York, New York 10017-1426
           (212) 302-9494