THOMAS M. GALGANO

CAROLYN A. GALGANO

JOHN F. VODOPIA
OF COUNSEL

LAW OFFICES OF
# GALGANO IP LAW PLLC
20 WEST PARK AVENUE, SUITE 204

LONG BEACH, NEW YORK 11561

PH: (516) 431-1177

FAX: (516) 431-1127

PATENTS, TRADEMARKS
& COPYRIGHTS

www.galganoiplaw.com

office@galganoiplaw.com

October 7, 2019

**VIA ECF**

Hon. Anne Y. Shields, U.S.M.J.
United States District Court, E.D.N.Y.
100 Federal Plaza
P.O. Box 830
Central Islip, New York 11722

Re:   Unique Importer & Distributor, Inc. v. Food Gusto Inc., et al.
      Civ. Case No. 2:19-cv-03883-JMA-AYS

Dear Judge Shields:

Defendant Food Gusto Inc., by and through its undersigned counsel, writes to request a 30-day extension of time to file an Answer or otherwise respond to the cross-claims filed by Co-Defendant and Cross-Claimant, Sterling Seafood Corp., from the current deadline of October 10, 2019 to a proposed deadline of November 9, 2019.

Co-Defendant and Cross-Claimant, Sterling Seafood Corp. has consented to this request. This extension of time is intended to allow the parties the opportunity to negotiate in an effort to amicably resolve the dispute. This is Defendant Food Gusto Inc.'s first request for an extension of time to file an Answer or otherwise respond to the cross-claims of Co-Defendant and Cross-Claimant, Sterling Seafood Corp., and this requested extension would not affect other deadlines in this matter.

Respectfully submitted,

GALGANO IP LAW PLLC

Thomas M. Galgano, Esq.

TMG\CAG\jgg
cc: All counsel of record, (via ECF)
F:\14091\6\Motion for Extension Crossclaims.docx