**APPENDIX F**

# DISCOVERY PLAN WORKSHEET
## Tier I Pre-Settlement Discovery

Deadline for completion of Rule 26(a) initial disclosures and HIPAA-complaint records authorizations: **11/4/19**

Completion date for Phase I Discovery as agreed upon by the parties:
*(Reciprocal and agreed upon document production, generally not including depositions, unless otherwise agreed. No more than 30 days after Initial Conference)* **11/4/19**

Status conference TBD by the court:
*(Generally 15 days post Tier I Discovery)* **11/1/19**

## Tier II Discovery and Motion Practice

Motion to join new parties or amend the pleadings:
*(Presumptively 15 days post status conference)* **11/18/19**

First requests for production of documents and for interrogatories due by:
*(Presumptively 15 days post joining/amending)* **12/3/19**

All fact discovery completed by:
*(Presumptively 3.5 months post first requests for documents/interrogatories)* **3/1/20**

Exchange of expert reports completed by:
*(Presumptively 30 days post fact discovery)* **4/1/20**

Expert depositions completed by:
*(Presumptively 30 days post expert reports)* **5/1/20**

Final date to take first step in dispositive motion practice:
*(Parties are directed to consult the District Judge's individual rules regarding such motion practice. Presumptively 30 days post expert depositions)* **5/1/20**

**COMPLETION OF ALL DISCOVERY BY:**
*(Note: Presumptively 9 months after Initial Conference.)* **6/18/20**

Submission of joint pre-trial order: **8/1/20**

Final Pre-Trial Conference TBD by the court: **8/10/20**