Eleni Melekou
Pardalis & Nohavicka, LLP
950 Third Avenue, 25th Floor
New York, NY 10022
Telephone: (212) 213-8511
Facsimile: (718) 777-0599
Email: eleni@pnlawyers.com
*Attorneys for the Plaintiff*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| UNIQUE IMPORTER & DISTRIBUTOR, INC., | ) |
|                         *Plaintiff*, | ) Civ. Case No. **2:19-cv-03883-JMA-AYS** |
| -v- | ) **NOTICE OF VOLUNTARY DISMISSAL** *WITH PREJUDICE* **PURSUANT TO F.R.C.P 41(a)(1)(A)(i)** |
| STERLING SEAFOOD CORP., SEAFOOD WHOLESALERS LTD., TRUONG ENTERPRISES, INC., P&P ASIAN FOODS, BENGHAL STORES & HALAL MEAT, GOLDEN OCEAN, TAMPA GROCERY, NATIONAL IMPORTS, G&G FOOD MART, GLOBAL MARKETING ENTERPRISES, COLUMBUS FISH AND SEAFOOD LLC., A-1 INDIAN GROCERS, IMAEX TRADING CO., POLLI TRADING INC., ZOYA USA INC., KEA IMPORTS, SMART CHEF SUPPLY INC., ANN'S INTERNATIONAL GROCERS, CHERIANS, WEIS BROTHERS INC, KAIRALI FOODS OF GLENVIEW LLC, GEETHA FOODS, FOOD GUSTO INC., TT ASIAN GROCERY | ) |
|                         *Defendants*. | ) |

Plaintiff, UNIQUE IMPORTER & DISTRIBUTOR, INC., by and through its attorneys, PARDALIS AND NOHAVICKA, LLP., and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby gives notice that the above-referenced action is voluntarily dismissed *with prejudice* against defendant FOOD GUSTO INC.

Dated: New York, New York
December 4, 2019

                                      Respectfully submitted,
                                      **Pardalis & Nohavicka, LLP**

                    By:     /s/ Eleni Melekou_____
                               ELENI MELEKOU
                               *Attorneys for Plaintiff*