# DISCOVERY PLAN WORKSHEET

**(Please be advised that the Court's Individual Rules include additional forms to be used in cases involving claims of adverse employment or FLSA violations.)**

**Tier I Pre-Settlement Discovery**

Deadline for completion of Rule 26(a) initial disclosures
and HIPAA-complaint records authorizations:   _____N/A_____

Completion date for Phase I Discovery
as agreed upon by the parties:   _____N/A_____
*(Reciprocal and agreed upon document production,
generally not including depositions, unless otherwise agreed.
No more than 30 days after Initial Conference)*

Status conference TBD by the court:   _____
(*Generally 15 days post Tier I Discovery*)

**Tier II Discovery and Motion Practice**

Motion to join new parties or amend the pleadings:   \_\_\_\_ 8/15/20_____
*(Presumptively 15 days post status conference)*

First requests for production of documents
and for interrogatories due by:   \_\_\_\_\_8/31/20_____
*(Presumptively 15 days post joining/amending )*

All fact discovery completed by:   \_\_\_\_\_12/15/20_____
*(Presumptively 3.5 months post first
requests for documents/interrogatories )*

Exchange of expert reports completed by:   Plaintiff to submit its report by 1/15/21
*(Presumptively 30 days post fact discovery)*   Defendants to submit their report by 2/15/21

Expert depositions completed by:   \_\_\_\_\_3/15/21_____
*(Presumptively 30 days post expert reports)*

Final date to take first step in dispositive motion practice:   \_\_\_\_\_5/15/21_____
*(Parties are directed to consult the District Judge's
individual rules regarding such motion practice.
Presumptively 30 days post expert depositions)*

**COMPLETION OF ALL DISCOVERY BY:**
*(Note: Presumptively 9 months after Initial Conference.)*
Submission of joint pre-trial order:   \_\_\_4/15/21_____
Final Pre-Trial Conference TBD by the court:   _____